**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS  DIVISION**

|  |  |  |
|---|---|---|
| **JOE FOSTER,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **CASE NO.  4:05-CV-21 (HL)** |
| | : | **28 U.S.C. § 2241** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 5) filed June 28, 2005  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Report and Recommendation were filed by the petitioner within the allotted time.

**SO ORDERED,** this the 6th day of September, 2005.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**

Dockets.Justia.com